IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | Case No. 09-50420 |
| Toy Paysour Bost | ] | Chapter 7 |
| | ] | |
| Debtor. | ] | |

# REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011 AND MOTION FOR DISCHARGE OF TRUSTEE

The undersigned Trustee of the above-referenced estate, having filed the Final Report herein, and the same having been heretofore approved, hereby reports that all checks issued by the Trustee have been cashed by the bank upon which drawn,

**EXCEPT** the following check which has remained uncashed for ninety (90) days after the date of the distribution of the final dividend herein:

| **Check #** | **Name/Address** | **Amount** |
|---|---|---|
| | NONE | |

and that as to the money represented by said check, the Trustee requests that these funds be accepted for deposit into the Clerk of the Bankruptcy Court's Registry Account in accordance with 11 U.S.C. 341, and

THE TRUSTEE FURTHER reports that all canceled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report.

WHEREFORE, the Trustee prays that the Trustee be discharged of the trust and that the bond be canceled.

This the   12th   day of May, 2010

LAW OFFICE OF BARRETT L. CRAWFORD, P.A.

/s/
Barrett L. Crawford
Chapter 7 Trustee
North Carolina State Bar Number 15807
Post Office Box 400
Valdese, North Carolina  28690-0400
Telephone: (828) 879-2001
Facsimile: (828) 879-8355

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE: ]
] Case No. 09-50420
Toy Paysour Bost ] Chapter 7
]
_____Debtor._____ ]

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing documents were duly served on the parties of this action by depositing a copy of same in the United States Mail, postage prepaid and addressing it to the following persons:

Linda Simpson, Esquire (via ECF)
United States Bankruptcy Administrator


Toy Paysour Bost
1419 Clearview Road NW
Supply, NC 28462


Penelope Joyner Hamby (via ECF)
Hamby & Hamby, P.A.


This the __12th__ day of May, 2010

LAW OFFICE OF BARRETT L. CRAWFORD, P.A.

/s/_____
Tiara Benfield
Legal Assistant
Post Office Box 400
Valdese, North Carolina 28690-0400
Telephone: (828) 879-2001
Facsimile: (828) 879-8355